

# NUMBER 13-20-00478-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JAKE CISNEROS,                                                                          Appellant,

v.

THE STATE OF TEXAS,                                                                          Appellee.

**On appeal from the 214th District Court
of Nueces County, Texas.**

# SUPPLEMENTAL ORDER OF ABATEMENT

**Before Chief Justice Contreras and Justices Benavides and Silva
Order Per Curiam**

Before the Court is appellant's motion for extension of time to complete appeal status. On December 23, 2020, we abated this cause and remanded the matter to the trial court for a hearing to determine whether the appellant has the right of appeal. On March 10, 2021, appellant's counsel filed correspondence indicating appellant expressed a desire to withdraw this appeal. On March 15, 2021, we issued a supplemental order of

abatement which instructed the trial court to determine whether appellant desires to abandon this appeal.

To date, we have not received the trial court's findings of fact required by our previous orders of abatement. Therefore, appellant's motion for extension of time is GRANTED. Furthermore, the trial court is ORDERED to hold a hearing to determine whether appellant has abandoned the appeal, and, if not, what steps are necessary to avoid further delay and to preserve the parties' rights; the trial court shall enter any orders to avoid further delay and to preserve the parties' rights; finally, the trial court shall cause a supplemental clerk's record and supplemental reporter's record to be filed with the Clerk of this Court within thirty days from the date of this order.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
21st day of July, 2021.